# United States District Court
## Violation Notice

OR 245

(For issuance of an arrest warrant or summons)

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6905992 | | VPR1003 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/10/2020 2:02 | 41CFR 102-74 385 |

Place of Offense
1228 SW 3Rd
Portland, OR

Offense Description: Factual Basis for Charge                    HAZMAT ☐
Failure To Comply w/ A lawful
order of Police Officer.

---

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| SIMONES | JUNIPER | L |

Street Address ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $30 Processing Fee |
| **PAY THIS AMOUNT →** | $ | **Total Collateral Due** |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 1000 SW 3Rd | TBD |
| Portland, OR | Time (hh:mm) TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature   IN CUSTODY

(Rev. 09/2015)          Original - CVB Copy

---

I state that on 07/10_____, 2020 _ while exercising my duties as a law enforcement officer in the FEDERAL District of OREGON

DURING THE COURSE OF ATTEMPTING
TO TAKE A JUNIPER SIMONIS INTO
CUSTODY GRIFFIN ORDERED
A SIMONIS TO STOP RESISTING.
A SIMONIS DID NOT COMPLY
AND CONTINUED TO ATTEMPT
TO PHYSICALLY POWER OUT OF
INSPECTORS GRIFFINS GRASP IN AN
APPARENT ATTEMPT TO ESCAPE.

*SEE REPORT FOR
Further Information

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2020
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 08/03/2020 13:18